UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PANGILINAN, ANDRES | § | Case No. 12-46731 |
| PANGILINAN, CENIZA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, December 30, 2014 in Courtroom 682, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/06/2014   By: /s/ Barry A. Chatz, Trustee
   Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-46731-JBS
Andres Pangilinan Chapter 7
Ceniza Pangilinan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1      Page 1 of 4      Date Rcvd: Nov 10, 2014
     Form ID: pdf006      Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2014.

```
db/jdb        +Andres Pangilinan,    Ceniza Pangilinan,    5509 N. Luna,    Chicago, IL 60630-1311
19741284      +ACL Laboratories,    PO Box 27901,    Milwaukee, WI 53227-0901
19741287      +Advanced Radiology Consultants, SC,    520 E 22nd Street,    Lombard, IL 60148-6110
19741288      +Advocate Lutheran General Hospital,    1775 Dempster St,    Park Ridge, IL 60068-1174
19741291      +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
19741292      +Amc Mortgage Services,    Attn: Bankruptcy,    P.O.Box 11000,    Santa Ana, CA 92711-1000
19741294      +American Express,    American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
19741300      +American Home Mtg Srv,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,
                Irving, TX 75063-0002
19741302       American Medical Collection Agency,    4 Westchester Plaza, Building 4,    Chicago, IL 60630
19741303      +Apria Healthcare,    PO Box 802017,    Chicago, IL 60680-2017
19741304      +Associated Card Servic,    1305 Main Street,    Stevens Point, WI 54481-2830
19741306     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19741312      +Bay Colony Condominium Assn,    55 W 22nd Street, Suite 310,    Lombard, IL 60148-4889
19741350     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
              (address filed with court: Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220)
19741377     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218)
19741337     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20363,    Kansas City, MO 64195)
20168211       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19741315      +Carsons,    PO Box 659813,    San Antonio, TX 78265-9113
19741316      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19741331      +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
19741330      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19741334      +Chase Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19741335      +Chase/cc,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
19741339      +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 20363,
                Kansas City, MO 64195-0363
20152640     +++Credit Union 1,    450 E 22nd Street Suite 250,    Lombard, IL 60148-6176
19741343      +Dependon Collection Service, Inc.,    PO Box 4833,    Hinsdale, IL 60522-4833
19741346      +Dr. Speron Plastic Surgery S C,    950 N Norwest Hwy, Suite 102,    Park Ridge, IL 60068-2349
19741347      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20176590       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19741378      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
19741386      +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
19741382      +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
19741384      +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
19741388      +Hsbc/vlcty,    Po Box 5264,    Carol Stream, IL 60197-5264
19741394      +ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
19741395      +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
19741400      +Macys,    PO Box 183083,    Columbus, OH 43218-3083
19741401      +Medican Recovery Specialists, LLC,    2250 E Devon Ave, Suite 352,    Des Plaines, IL 60018-4519
19741405      +Nbgl Carsons,    Po Box 15521,    Wilmington, DE 19850-5521
19741406      +Nbgl-carsons,    140 Industrial Dri,    Elmhurst, IL 60126-1602
19741412      +Northern Suburban Orthopaedic Assoc,    9301 Golf Road, Suite 101,    Des Plaines, IL 60016-1699
19741413      +Ntb/cbsd,    CitiCards Private Label Bankruptcy,    Po Box 20483,    Kansas City, MO 64195-0483
19741415      +Odpt/cbsd,    Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
19741417      +Oncology Specialists, S.C.,    PO Box 736,    Park Ridge, IL 60068-0736
20377193     +++Portfolio Recovery Associates, LLC successor to CA,    PRA Receivables Management LLC agent,
                POB 41067,    Norfolk, VA 23541-1067
20377176     +++Portfolio Recovery Associates, LLC successor to US,    PRA Receivables Management LLC agent,
                POB 41067,    Norfolk, VA 23541-1067
19741418      +Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
19741419      +Resurrection Health Care,    7435 West Talcott Avenue,    Chicago, IL 60631-3746
19741423      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19741430       Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
19741427      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19741441      +Spiegel/World Financial Network National,    Wfnnb,    P.O. Box 182125,    Columbus, OH 43218-2125
19741443      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
19741445      +T-Mobile,    PO Box 629025,    El Dorado Hills, CA 95762-9025
19741446      +Teamster Privilege Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
19741447      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                Minneapolis, MN 55440-9475
19741349     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
19741450      +United Shockwave Services,    PO Box 2178,    Des Plaines, IL 60017-2178
```

```
District/off: 0752-1           User: cmendoza1              Page 2 of 4                  Date Rcvd: Nov 10, 2014
                               Form ID: pdf006              Total Noticed: 83


19741455       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
                 (address filed with court: Von Maur,     Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
19741459       +Wffinance,    800 Walnut St,   Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20285468        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2014 01:31:02
                 American InfoSource LP as agent for,    Apria Healthcare,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
20356650        E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2014 01:31:48      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
19741341       +E-mail/Text: group_legal@creditunion1.org Nov 11 2014 01:26:49      Credit Union One A D,
                 Po Box 200,   Rantoul, IL 61866-0200
19960679        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:33:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19741344       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:33:26      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
20200764        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:17      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19741352       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:17      GECRB/jcp,    PO Box 960090,
                 Orlando, FL 32896-0090
19741355       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:31:43      GEMB / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19741357       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:18      GEMB / Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
19741353       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:13      Gecrb/lord & Tay,    Po Box 981400,
                 El Paso, TX 79998-1400
19741354       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:17      Gecrb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
19741365       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:17      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19741361       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:33:13      Gemb/avb Buying Group,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19741363       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:30:17      Gemb/homeshp,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
19741375       +E-mail/Text: collections@hacu.org Nov 11 2014 01:24:43      Healthcare Assoc Cr Un,
                 1151 E Warrenville,    Naperville, IL 60563-9415
19741392       +E-mail/Text: bankruptcy@icsystem.com Nov 11 2014 01:26:13      Ic Systems Inc,    Po Box 64378,
                 St. Paul, MN 55164-0378
19741397       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2014 01:24:08      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
19741398       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2014 01:24:08      Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
19741403       +Fax: 847-227-2151 Nov 11 2014 02:05:24      Mrsi,    2250 E Devon Ave Ste 352,
                 Des Plaines, IL 60018-4521
20080820        E-mail/Text: bnc-quantum@quantum3group.com Nov 11 2014 01:24:41
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
20356651        E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2014 01:30:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
19741440       +E-mail/Text: bankruptcy@sw-credit.com Nov 11 2014 01:25:01      Southwest Credit,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
19741449       +E-mail/Text: bnc@ursi.com Nov 11 2014 01:24:01      United Recovery Systems, LP,    PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19741285*       +ACL Laboratories,    PO Box 27901,   Milwaukee, WI 53227-0901
19741286*       +ACL Laboratories,    PO Box 27901,   Milwaukee, WI 53227-0901
19741289*       +Advocate Lutheran General Hospital,    1775 Dempster St,    Park Ridge, IL 60068-1174
19741290*       +Advocate Lutheran General Hospital,    1775 Dempster St,    Park Ridge, IL 60068-1174
19741293*       +Amc Mortgage Services,    Attn: Bankruptcy,    P.O.Box 11000,   Santa Ana, CA 92711-1000
19741295*       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19741296*       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19741297*       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19741298*       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19741299*       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
19741301*       +American Home Mtg Srv,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,
                 Irving, TX 75063-0002
19741305*       +Associated Card Servic,    1305 Main Street,    Stevens Point, WI 54481-2830
19741308*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
```

```
District/off: 0752-1          User: cmendoza1            Page 3 of 4           Date Rcvd: Nov 10, 2014
                              Form ID: pdf006            Total Noticed: 83


             ***** BYPASSED RECIPIENTS (continued) *****
19741309*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19741311*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19741307*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
19741310*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
19741313*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
19741314*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
19741351*       ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
                  (address filed with court: Ffcc-columbus Inc,   1550 Old Henderson Rd St,   Columbus, OH 43220)
19741338*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                   Po Box 20363,    Kansas City, MO 64195)
19741317*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741318*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741319*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741320*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741321*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741322*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741323*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741324*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741325*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741326*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741327*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741328*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741329*        +Chase,   Po Box 24696,   Columbus, OH 43224-0696
19741333*        +Chase Mht Bk,   Attn: Bankruptcy,   Po Box 15145,   Wilmington, DE 19850-5145
19741332*        +Chase Mht Bk,   Attention: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
19741336*        +Chase/cc,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
19741340*        +Citifinancial Retail Services,   Citifinancial/Attn: Bankruptcy Dept,   Po Box 20363,
                   Kansas City, MO 64195-0363
19741342*        +Credit Union One A D,   Po Box 200,   Rantoul, IL 61866-0200
19741345*        +Discover Fin,   Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19741348*        +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
19741356*        +GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741358*        +GEMB / Old Navy,   Attention:  GEMB,   Po Box 103104,   Roswell, GA 30076-9104
19741359*        +GEMB / Old Navy,   Attention:  GEMB,   Po Box 103104,   Roswell, GA 30076-9104
19741360*        +GEMB / Old Navy,   Attention:  GEMB,   Po Box 103104,   Roswell, GA 30076-9104
19741366*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741367*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741368*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741369*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741370*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741371*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741372*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741373*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741374*        +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741362*        +Gemb/avb Buying Group,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741364*        +Gemb/homeshp,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19741376*        +Healthcare Assoc Cr Un,   1151 E Warrenville,   Naperville, IL 60563-9415
19741379*        +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
19741380*        +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
19741381*        +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
19741387*        +Hsbc/Menards,   Attn: Bankruptcy Dept,   Po Box 5263,   Carol Stream, IL 60197-5263
19741383*        +Hsbc/bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
19741385*        +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
19741389*        +Hsbc/vlcty,   Po Box 5264,   Carol Stream, IL 60197-5264
19741390*        +Hsbc/vlcty,   Po Box 5264,   Carol Stream, IL 60197-5264
19741391*        +Hsbc/vlcty,   Po Box 5264,   Carol Stream, IL 60197-5264
19741393*        +Ic Systems Inc,   Po Box 64378,   St. Paul, MN 55164-0378
19741396*        +Illinois Collection Se,   Po Box 1010,   Tinley Park, IL 60477-9110
19741399*        +Kohls/capone,   Po Box 3115,   Milwaukee, WI 53201-3115
19741402*        +Medican Recovery Specialists, LLC,   2250 E Devon Ave, Suite 352,   Des Plaines, IL 60018-4519
19741404*        +Mrsi,   2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
19741407*        +Nbgl-carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
19741408*        +Nbgl-carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
19741409*        +Nbgl-carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
19741410*        +Nbgl-carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
19741411*        +Nbgl-carsons,   140 Industrial Dri,   Elmhurst, IL 60126-1602
19741414*        +Ntb/cbsd,   CitiCards Private Label Bankruptcy,   Po Box 20483,   Kansas City, MO 64195-0483
19741416*        +Odpt/cbsd,   Attn: Centralized Bankruptcy,   P.O. Box 20507,   Kansas City, MO 64195-0507
19741420*        +Resurrection Health Care,   7435 West Talcott Avenue,   Chicago, IL 60631-3746
19741421*        +Resurrection Health Care,   7435 West Talcott Avenue,   Chicago, IL 60631-3746
```

```
District/off: 0752-1          User: cmendoza1            Page 4 of 4                  Date Rcvd: Nov 10, 2014
                              Form ID: pdf006            Total Noticed: 83


            ***** BYPASSED RECIPIENTS (continued) *****
19741422*      +Resurrection Health Care,    7435 West Talcott Avenue,     Chicago, IL 60631-3746
19741424*      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19741425*      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19741426*      +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19741432*       Sears/cbna,   133200 Smith Rd,    Cleveland, OH 44130
19741436*       Sears/cbna,   133200 Smith Rd,    Cleveland, OH 44130
19741438*       Sears/cbna,   133200 Smith Rd,    Cleveland, OH 44130
19741428*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741429*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741431*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741433*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741434*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741435*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741437*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741439*      +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19741442*      +Spiegel/World Financial Network National,     Wfnnb,   P.O. Box 182125,    Columbus, OH 43218-2125
19741444*      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
19741448*      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,     Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
19741451*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
19741452*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
19741453*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
19741454*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
19741456*     ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
19741457*     ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
19741458*     ++VON MAUR INC,   6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
19741460*      +Wffinance,   800 Walnut St,    Des Moines, IA 50309-3504
                                                                                              TOTALS: 0, * 106, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2014 at the address(es) listed below:
              Allan J DeMars     on behalf of Trustee Barry A Chatz alland1023@aol.com
              Allan J DeMars    alland1023@aol.com
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Valentin T Narvaez     on behalf of Joint Debtor Ceniza   Pangilinan vnarvaez@yourclg.com,
               attorneys@yourclg.com;lguerrero@yourclg.com
              Valentin T Narvaez     on behalf of Debtor Andres   Pangilinan vnarvaez@yourclg.com,
               attorneys@yourclg.com;lguerrero@yourclg.com
                                                                                             TOTAL: 6
```