# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PANGILINAN, ANDRES | § | Case No. 12-46731 |
| PANGILINAN, CENIZA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| | |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BARRY A. CHATZ _____

                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK  MELLON | | | | | |
| ALLAN J. DEMARS | | | | | |
| ALLAN J. DEMARS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories PO Box 27901 Milwaukee, WI 53227 | | | | | |
| | ACL Laboratories PO Box 27901 Milwaukee, WI 53227 | | | | | |
| | ACL Laboratories PO Box 27901 Milwaukee, WI 53227 | | | | | |
| | Advanced Radiology Consultants, SC 520 E 22nd Street Lombard, IL 60148 | | | | | |
| | Advocate Lutheran General Hospital 1775 Dempster St Park Ridge, IL 60068 | | | | | |
| | Advocate Lutheran General Hospital 1775 Dempster St Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Lutheran General Hospital 1775 Dempster St Park Ridge, IL 60068 | | | | | |
| | Advocate Medical Group 701 Lee Street Des Plaines, IL 60016 | | | | | |
| | Amc Mortgage Services Attn: Bankruptcy P.O.Box 11000 Santa Ana, CA 92711 | | | | | |
| | Amc Mortgage Services Attn: Bankruptcy P.O.Box 11000 Santa Ana, CA 92711 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | | | | |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | | | | |
| | American Medical Collection Agency 4 Westchester Plaza, Building 4 Chicago, IL 60630 | | | | | |
| | Apria Healthcare PO Box 802017 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Card Servic 1305 Main Street Stevens Point, WI 54481 | | | | | |
| | Associated Card Servic 1305 Main Street Stevens Point, WI 54481 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bay Colony Condominium Assn 55 W 22nd Street, Suite 310 Lombard, IL 60148 | | | | | |
| | Bk Of Amer Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bk Of Amer Po Box 982238 El Paso, TX 79998 | | | | | |
| | Carsons PO Box 659813 San Antonio, TX 78265 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15145 Wilmington, DE 19850 | | | | | |
| | Chase Mht Bk Attn: Bankruptcy Po Box 15145 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase/cc 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase/cc 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citifinancial Retail Services Citifinancial/Attn: Bankruptcy Dept Po Box 20363 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial Retail Services Citifinancial/Attn: Bankruptcy Dept Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Credit Union One A D Po Box 200 Rantoul, IL 61866 | | | | | |
| | Credit Union One A D Po Box 200 Rantoul, IL 61866 | | | | | |
| | Dependon Collection Service, Inc. PO Box 4833 Hinsdale, IL 60522 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Dr. Speron Plastic Surgery S C 950 N Norwest Hwy, Suite 102 Park Ridge, IL 60068 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Elan Financial Services PO Box 108 Saint Louis, MO 63166 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | GECRB/jcp PO Box 960090 Orlando, FL 32896 | | | | | |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gecrb/lord & Tay Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gecrb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/avb Buying Group Attention:  Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/avb Buying Group Attention:  Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/homeshp Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/homeshp Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Healthcare Assoc Cr Un 1151 E Warrenville Naperville, IL 60566 | | | | | |
| | Healthcare Assoc Cr Un 1151 E Warrenville Naperville, IL 60566 | | | | | |
| | Home Depot Credit Services PO Box 182676 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Menards Attn: Bankruptcy Dept Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Menards Attn: Bankruptcy Dept Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Hsbc/bsbuy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/bsbuy Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/vlcty Po Box 5264 Carol Stream, IL 60197 | | | | | |
| | Hsbc/vlcty Po Box 5264 Carol Stream, IL 60197 | | | | | |
| | Hsbc/vlcty Po Box 5264 Carol Stream, IL 60197 | | | | | |
| | Hsbc/vlcty Po Box 5264 Carol Stream, IL 60197 | | | | | |
| | ICS PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | | | | |
| | Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's PO Box 2983 Milwaukee, WI 53201 | | | | | |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Macys PO Box 183083 Columbus, OH 43218 | | | | | |
| | Medican Recovery Specialists, LLC 2250 E Devon Ave, Suite 352 Des Plaines, IL 60018 | | | | | |
| | Medican Recovery Specialists, LLC 2250 E Devon Ave, Suite 352 Des Plaines, IL 60018 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Nbgl Carsons Po Box 15521 Wilmington, DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Nbgl-carsons 140 Industrial Dri Elmhurst, IL 60126 | | | | | |
| | Northern Suburban Orthopaedic Assoc 9301 Golf Road, Suite 101 Des Plaines, IL 60016 | | | | | |
| | Ntb/cbsd CitiCards Private Label Bankruptcy Po Box 20483 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ntb/cbsd CitiCards Private Label Bankruptcy Po Box 20483 Kansas City, MO 64195 | | | | | |
| | Odpt/cbsd Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Odpt/cbsd Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Oncology Specialists, S.C. PO Box 736 Park Ridge, IL 60068 | | | | | |
| | Quest Diagnostics PO Box 809403 Chicago, IL 60680 | | | | | |
| | Resurrection Health Care 7435 West Talcott Avenue Chicago, IL 60631 | | | | | |
| | Resurrection Health Care 7435 West Talcott Avenue Chicago, IL 60631 | | | | | |
| | Resurrection Health Care 7435 West Talcott Avenue Chicago, IL 60631 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurrection Health Care 7435 West Talcott Avenue Chicago, IL 60631 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Southwest Credit 4120 International Pkwy, Suite 1100 Carrollton, TX 75007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Spiegel/World Financial Network National Wfnnb P.O. Box 182125 Columbus, OH 43218 | | | | | |
| | Spiegel/World Financial Network National Wfnnb P.O. Box 182125 Columbus, OH 43218 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| | T-Mobile PO Box 629025 El Dorado Hills, CA 95762 | | | | | |
| | Teamster Privilege Credit Card PO Box 17051 Baltimore, MD 21297 | | | | | |
| | Tnb-Visa  (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa  (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | United Recovery Systems, LP PO Box 722929 Houston, TX 77272 | | | | | |
| | United Shockwave Services PO Box 2178 Des Plaines, IL 60017 | | | | | |
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | | | | |
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| 000007 | AMERICAN INFOSOURCE FOR ARIA HEALTH | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | CREDIT UNION 1 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | PORTFOLIO RECOVERY ASSOC - US BANK | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOC-CAPITAL ON | | | | | |
| 000002 | QUANTUM3 GROUP FOR COMENITY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 12-46731   SBJ   Judge: JACK B. SCHMETTERER |
| Case Name: | PANGILINAN, ANDRES |
| | PANGILINAN, CENIZA |
| For Period Ending: | 01/23/15 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 11/28/12 (f) |
| 341(a) Meeting Date: | 01/11/13 |
| Claims Bar Date: | 04/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residential Real Estate located at 5509 N. Luna, C | 232,433.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 20.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 20.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 10.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | 11,177.67 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing | 896.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles | 1,497.00 | 1,497.00 | | 0.00 | FA |
| 10. Vehicles | 14,804.00 | 2,454.00 | | 7,600.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $261,457.67   $3,951.00   $7,600.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD RIGHT, TITLE AND INTEREST IN VEHICLE TO DEBTORS

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2                                                                                        Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-46731 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PANGILINAN, ANDRES | | Bank Name: | BANK OF NEW YORK  MELLON |
| | PANGILINAN, CENIZA | | Account Number / CD #: | *******9316  Checking Account |
| Taxpayer ID No: | *******9712 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/13 | 10 | CONSUMER LAW GROUP, LLC<br>6232 N. PULASKI ROAD<br>SUITE 300<br>CHICAGO, IL 60646 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 2,500.00 | | 2,500.00 |
| 03/27/13 | 10 | CENIZA & ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 2,783.33 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,773.33 |
| 05/01/13 | 10 | Andres and Ceniza Pangilinan | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 3,056.66 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,046.66 |
| 05/17/13 | 10 | CENIZA & ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 3,329.99 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,319.99 |
| 06/10/13 | 10 | Andres Pangilinan | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 3,603.32 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,593.32 |
| 07/18/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 3,876.65 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,866.65 |
| 08/12/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 4,149.98 |
| 09/09/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASST | 1129-000 | 283.33 | | 4,433.31 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,423.31 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,413.31 |
| 10/11/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 4,696.64 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,686.64 |
| 11/13/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 4,969.97 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,959.97 |
| 12/27/13 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 5,243.30 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,233.30 |
| 01/14/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 5,516.63 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 4.54 | 5,512.09 |

| | | | Page Subtotals | | 5,616.63 | 104.54 | |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-46731 | |
| Case Name: | PANGILINAN, ANDRES | |
| | PANGILINAN, CENIZA | |
| Taxpayer ID No: | *******9712 | |
| For Period Ending: | 01/23/15 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9316  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,502.09 |
| 02/25/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 5,785.42 |
| 03/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,775.42 |
| 03/13/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 6,058.75 |
| 04/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,048.75 |
| 04/16/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 6,332.08 |
| 05/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,322.08 |
| 05/19/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 6,605.41 |
| 06/06/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,595.41 |
| 06/09/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 6,878.74 |
| 07/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,868.74 |
| 07/17/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.33 | | 7,152.07 |
| 08/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.36 | 7,141.71 |
| 08/14/14 | 10 | ANDRES PANGILINAN | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 283.39 | | 7,425.10 |
| 09/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,414.29 |
| 12/30/14 | 300002 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | 1,510.00 | 5,904.29 |
| 12/30/14 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Trustee Expenses | 2200-000 | | 91.50 | 5,812.79 |
| 12/30/14 | 300004 | ALLAN J. DEMARS<br>SPIEGEL & DEMARS<br>19 SOUTH LASALLE STREET<br>SUITE 902<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,890.00 | 3,922.79 |
| 12/30/14 | 300005 | ALLAN J. DEMARS | Attorney for Trustee Expenses (Othe | 3220-000 | | 16.85 | 3,905.94 |

| | | | Page Subtotals | | 1,983.37 | 3,589.52 | |
|---|---|---|---|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-46731 |
| Case Name: | PANGILINAN, ANDRES |
| | PANGILINAN, CENIZA |
| Taxpayer ID No: | *******9712 |
| For Period Ending: | 01/23/15 |

| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9316  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SPIEGEL & DEMARS | | | | | |
| | | 19 SOUTH LASALLE STREET | | | | | |
| | | SUITE 902 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 12/30/14 | 300006 | DISCOVER BANK | Claim 000001, Payment 15.90% | 7100-000 | | 484.12 | 3,421.82 |
| | | DB SERVICING CORPORATION | | | | | |
| | | PO BOX 3025 | | | | | |
| | | NEW ALBANY, OH 43054-3025 | | | | | |
| 12/30/14 | 300007 | QUANTUM3 GROUP FOR COMENITY BANK | Claim 000002, Payment 15.90% | 7100-000 | | 150.63 | 3,271.19 |
| | | PO BOX 788 | (2-1) UNSECURED DEBT | | | | |
| | | KIRKLAND, WA 98083-0788 | | | | | |
| 12/30/14 | 300008 | CREDIT UNION 1 | Claim 000003, Payment 15.90% | 7100-000 | | 569.76 | 2,701.43 |
| | | 450 E 22ND STREET SUITE 250 | (3-1) MODIFIED ON 3.12.2013 TO | | | | |
| | | LOMBARD, IL 60148 | CORRECT CREDITOR'S ADDRESS (MG) | | | | |
| 12/30/14 | 300009 | CAPITAL ONE, N.A. | Claim 000004, Payment 15.90% | 7100-000 | | 95.55 | 2,605.88 |
| | | C O BECKET AND LEE LLP | (4-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | MALVERN, PA 19355-0701 | | | | | |
| 12/30/14 | 300010 | FIA CARD SERVICES, N.A. | Claim 000005, Payment 15.90% | 7100-000 | | 246.12 | 2,359.76 |
| | | 4161 PIEDMONT PARKWAY | | | | | |
| | | NC4 105 03 14 | | | | | |
| | | GREENSBORO, NC 27410 | | | | | |
| 12/30/14 | 300011 | CAPITAL RECOVERY V, LLC | Claim 000006, Payment 15.90% | 7100-000 | | 12.61 | 2,347.15 |
| | | C/O RECOVERY MANAGEMENT SYSTEMS | (6-1) JCPENNEY CREDIT SERVICES OR | | | | |
| | | CORPORAT | GEMB | | | | |
| | | 25 SE 2ND AVENUE SUITE 1120 | | | | | |
| | | MIAMI, FL 33131-1605 | | | | | |
| 12/30/14 | 300012 | AMERICAN INFOSOURCE FOR ARIA | Claim 000007, Payment 15.90% | 7100-000 | | 352.68 | 1,994.47 |
| | | HEALTHCARE | | | | | |
| | | PO BOX 248838 | | | | | |

| | | | Page Subtotals | 0.00 | 1,911.47 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 31)*

Page:    4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-46731 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PANGILINAN, ANDRES | | Bank Name: | BANK OF NEW YORK  MELLON |
| | PANGILINAN, CENIZA | | Account Number / CD #: | *******9316  Checking Account |
| Taxpayer ID No: | *******9712 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/14 | 300013 | OKLAHOMA CITY, OK 73124-8838 PORTFOLIO RECOVERY ASSOC - US BANK PO BOX 41067 NORFOLK, VA 23541 | Claim 000008, Payment 15.90% | 7100-000 | | 1,834.06 | 160.41 |
| 12/30/14 | 300014 | PORTFOLIO RECOVERY ASSOC-CAPITAL ONE NA POB 41067 NORFOLK, VA 23541 | Claim 000009, Payment 15.90% | 7100-000 | | 160.41 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,600.00 | 7,600.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,600.00 | 7,600.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,600.00 | 7,600.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9316 | 7,600.00 | 7,600.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,600.00 | 7,600.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                  0.00            1,994.47

Ver: 18.03b